IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

YASIN MAHDI,
        Plaintiff,

v.                                 Case No.:
                                      JURY DEMANDED

I.C. SYSTEM, INC.,
        Defendant.

## DEFENDANT'S NOTICE OF REMOVAL

Defendant I.C. SYSTEM, Inc. ("Defendant") files this *Notice of Removal* of this action from the County Court in and for Racine County, Wisconsin to the United States District Court for the Eastern District of Wisconsin as follows:

1. Plaintiff Yasin Mahdi ("Plaintiff") filed the *Complaint* on May 17, 2023, in the County Court in Racine County, Wisconsin

2. This is a civil action based on Plaintiff's contentions that Defendant has violated the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.* (the "FDCPA").

3. Removal is proper because this case involves a federal question—alleged violations of the FDCPA. Therefore, the entire suit is removable under 28 U.S.C. §1441(a).

4. Removal is timely pursuant to 28 U.S.C. §1446(b) because Defendant has filed this Notice of Removal within 30 days of receipt of Plaintiff's Original Complaint.

5. Venue is proper in this district under 28 U.S.C. §1441(a) because the state court where the suit has been pending is located in this district.

6.	Pursuant to 28 U.S.C. §1446(a) and Local Rule 4.02, copies of all process, pleadings, orders and other papers filed in this action and obtained by Defendants are attached hereto and marked as **Exhibit A** and incorporated herein by reference.

7.	A copy of this Notice of Removal has been sent to Plaintiff and will be filed with the clerk of the County Court for Racine County, Wisconsin.

For the above reasons, Defendant requests that this Court assume full jurisdiction over the proceeding as provided by law.

Dated this 1st day of June, 2023.

Respectfully submitted,

BY: */s/ Heather J. Macklin Electronically Signed*
Heather J. Macklin, Esq.
1835 E. Edgewood Dr., Ste 10594
Appleton, WI 54913
920-209-4353 – Telephone
920-600-9086 – Facsimile
hmacklin@macklinlawllc.com

*Attorneys for Defendant, I.C. System, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2023, I electronically filed the foregoing Notice of Removal with the Clerk of the Court using the CM/ECF system. A filed copy of the foregoing Notice of Removal was mailed via U.S. Mail to the following:

Yasin Mahdi
1708 Wisconsin Ave.
Racine, WI 53403

BY: */s/ Heather J. Macklin Electronically Signed*
Heather J. Macklin, Esq.
1835 E. Edgewood Dr., Ste 10594
Appleton, WI 54913
920-209-4353 – Telephone
920-600-9086 – Facsimile
hmacklin@macklinlawllc.com

*Attorneys for Defendant, I.C. System, Inc.*

| Enter the name of the county in which you are filing this case. | **STATE OF WISCONSIN, CIRCUIT COURT,** <br> **RACINE                              COUNTY** | |
|---|---|---|
| The plaintiff is the person bringing the law suit. Enter the Plaintiff's name and address. If two plaintiffs are living at the same address, then the names and addresses may be listed together. For more plaintiffs, check the "additional plaintiffs" box and attach another sheet with their names and addresses. | Plaintiff: <br> YASIN                    MAHDI <br> First name    Middle name    Last name <br> 1708 WISCONSIN AVE <br> Address <br><br> Address <br><br> RACINE        WI        53403 <br> City        State        Zip <br> ☐ See attached for additional plaintiffs. <br> -vs- | Racine County Clerk of Courts <br> FILED 17 MAY '23 PM2:38 |
| If this is an Amended Complaint, check the box. Enter the case number given you by the Clerk. | To: Defendant(s): <br> IC SYSTEMS INC <br> First name    Middle name    Last name <br> PO BOX 64378 <br> Address | ☐ Amended <br> **Summons and Complaint** <br> **(Small Claims)** <br> Case No. 23SC1824 |
| The defendant is the person or business you are suing. Enter the name(s) and address(es) of the defendant(s). For more than two defendants, check the "additional defendants" box and attach another sheet with their names and addresses. | Address <br> ST. PAUL        MN        55164 <br> City        State        Zip <br> ☐ See attached for additional defendants. | ☐ Claim for money ($10,000 or less)    31001 <br> ☑ Tort/Personal injury ($5,000 or less)    31010 <br> ☐ Return of property (replevin)    31003 <br> ☐ Eviction    31004 <br> ☐ Eviction due to foreclosure    31002 <br> ☐ Arbitration award    31006 <br> ☐ Return of earnest money    31008 |
| On the far right: Check one of the boxes to show what type of small claims case you are filing. **Note:** The clerk will provide the phone number for the disability box. | | If you require reasonable accommodations due to a disability to participate in the court process, please call 262-636-3333 prior to the scheduled court date. Please note that the court does not provide transportation. |
| | **SUMMONS** | |
| Do not check either of these boxes. The clerk will check one or both and circle "AND" or "OR" according to local court procedure. The clerk will circle what you need to do and will provide the date, time, and place to appear and/or answer. **Note:** Leave dates blank; the clerk or plaintiff's attorney will enter them. | **To the Defendant(s):** <br> You are being sued as described on the attached complaint. If you wish to dispute this matter: <br> ☑ You must appear at the time and place stated. <br> ☐ You must file a written answer and provide a copy to the plaintiff or plaintiff's attorney on or before the date and time stated. <br> If you do not appear or answer, the plaintiff may win this case and a judgment entered for what the plaintiff is asking. <br><br> Clerk/Attorney Signature <br> _[signature]_ | **When to Appear/File an Answer** <br> Date 6-15-23    Time 9:30 am <br> **Place to Appear/File an Answer** <br> Racine County Courthouse <br> 730 Wisconsin Avenue <br> Racine, WI 53403    Zoom. <br> instructions mailed. <br><br> Date Summons Issued    Date Summons Mailed |

SC-500I, 11/19 Summons and Complaint – Small Claims                                    Chapter 799, Wisconsin Statutes
This form shall not be modified. It may be supplemented with additional material.
Page 1 of 2

## COMPLAINT

Racine County Clerk of Courts
FILED 17 MAY '23 PM2:38

**Plaintiff's Demand:**

The plaintiff states the following claim against the defendant(s):

| | |
|---|---|
| Check the box for the type of small claims case you have filed.<br><br>See *Basic Guide to Wisconsin Small Claims Actions* (SC-6000V). | 1. Plaintiff demands judgment for: *(Check as appropriate)*<br>☐ Claim for Money $_____<br>☑ Tort/Personal injury $ 5000<br>☐ Return of property (replevin) *(Describe property in 2 below.)*<br>*(Not to include Wis. Stats. 425.205 actions to recover collateral.)*<br>☐ Eviction<br>☐ Eviction due to foreclosure<br>☐ Return of Earnest Money<br>☐ Confirmation, vacation, modification or correction of arbitration award.<br>Plus interest, costs, attorney fees, if any, and such other relief as the court deems proper.<br><br>23SC1824 |
| Briefly explain the facts and why the court should award you what you are asking for.<br><br>**For Eviction Actions:** If you are seeking money damages, you must also state that claim on this form. If you do not know the exact amount of money damages yet, state that the amount of money damages cannot yet be determined. | 2. Brief statement of dates and facts:<br>*(If this is an eviction action and you are seeking money damages, you must also state that claim on this form.)*<br><br>DEFENDANT IS IN VIOLATION OF WISCONSIN STATUTE 427.104(1)(h) AND 15 USC 1692C(a)(2) DEFENDANT MAILED PLAINTIFF A LETTER IN APRIL 2023 KNOWING THAT PLAINTIFF HAS COUNSEL |
| If you need more room, check this box and attach additional sheets. | ☑ See attached for additional information. Provide copy of attachments for court and defendant(s).<br>I am the ☑ plaintiff.<br>☐ attorney for the plaintiff. |
| Check if you are the plaintiff or the attorney. | |

| | | |
|---|---|---|
| Enter your or your attorney's name and date. | ► _____<br>Plaintiff<br>YASIN MAHDI<br>Name Printed or Typed | _____<br>Attorney's Signature<br>_____<br>Attorney's Name Printed or Typed |
| Print or type your name. Enter your or your attorney's phone number. | 1708 WISCONSIN AVE<br>Address | |
| An attorney must enter his or her State Bar Number, law firm and address. | CADILLAC7881@YAHOO.COM<br>Email Address<br>2624988217<br>Telephone Number         Date | _____<br>Attorney's Address<br>_____<br>Attorney's Email Address   Telephone Number<br>_____<br>Date             State Bar No (if any) |

**COPIES:** For each person you are suing, make two copies of this signed original and any attachments, and bring them to the clerk of court.

SC-500I, 11/19 Summons and Complaint – Small Claims                                         Chapter 799, Wisconsin Statutes
This form shall not be modified. It may be supplemented with additional material.
Page 2 of 2

Case 2:23-cv-00676-LA   Filed 06/01/23   Page 5 of 7   Document 1

**23SC1824**

STATE OF WISCONSIN   CIRCUIT COURT   RACINE COUNTY

Racine County Clerk of Courts
FILED 17 MAY '23 PM2:38

YASIN MAHDI,

      Plaintiff        Case No.: 23-SC-

vs.

IC Systems,

      Defendant

## PLAINTIFFS COMPLAINT

Comes now the Plaintiff Yasin Mahdi, ("Plaintiff"), and their complaint against the Defendant, IC System, as follows:

1. Plaintiff Yasin Mahdi ("Plaintiff*) as and for his Complaint Against Defendant IC System ("Defendant") shows this Court and alleges:
2. Plaintiff's action against Defendant is for violation of Wisconsin Statute **427.104(1)(h)** and 15 USC 1692c(a)(2).
3. Plaintiff is a natural person allegedly obligated to pay an alleged obligation arising out of a transaction in which the money or services were for personal, family, or household purposes.
4. Defendant uses instrumentalities of interstate commerce or mail in its businesses the principal purpose of which is the collection of consumer debts or regularly attempts to collect such debts.
5. Defendant attempted to collect $1222 from Plaintiff within the last year on two separate occasions. The first time was July 2022, followed by April 2023.
6. Plaintiff is not liable to Defendant for any alleged debt of $1222 by any agreement or law.
7. Defendant's conduct proximately caused Plaintiff costs, and stress.

8. Defendant's conduct breached its duties to Plaintiff under provisions of Wisconsin Statue 427.104(1)(h) and 15 U.S.C. 1692c(a)(2) by knowingly attempting to communicate with Plaintiff who is being represented by Counsel in regard to alleged debt.
9. Plaintiff is seeking remedy under Wisconsin Statute 425.401(1) and 15 USC 1692k(1)(2)(a).
10. WHEREFORE, Plaintiff hereby demands a trial by jury and judgment against Defendant for: (a) actual damages, (b) statutory damages, (c) punitive damages, (d) court costs, (d) attorney's fees, and (e) such other and further relief as this court deems just and proper under the premises.

Respectfully submitted,

s / Yasin Mahdi

Date: May 17, 2023